THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services and Jane and John Doe, Respondents,
 v.
 Joanne H. and
 Ricky H., Defendants,
 Of Whom Joanne
 H. is the Appellant.
 
 
 

In the interests of A.H. and L.H., minors under
 the age of 18.

Appeal From Greenville County
Aphrodite K. Konduros, Family Court Judge

Unpublished Opinion No. 2008-UP-341
 Submitted July 1, 2008  Filed July 9,
2008   

AFFIRMED

 
 
 
 Maurice McNab, of Greenville, for Appellant.
 Cari V. Hicks, of Greenville, and Deborah Murdock, of Mauldin, for
 Respondents.
 
 
 

PER CURIAM: Joanne H. appeals from the family courts order
 terminating her parental rights to her two minor children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon a thorough review
 of the record and the family courts findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 courts ruling and relieve counsel. 
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.